UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE NIMER MARTHA, | Case No. 17-cv-05484-SI |
| Petitioner, | |
| v. | **JUDGMENT** |
| NAPA STATE HOSPITAL, | |
| Respondent. | |

The petition for writ of habeas corpus is dismissed.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: January 8, 2018

_____
SUSAN ILLSTON
United States District Judge